United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MORGAN,

        Plaintiff(s),

  vs.

CITY OF PLEASANT HILL et al.,

        Defendant(s).
                                /

No. C 04-4865 (MEJ)

NOTICE AND ORDER OF SETTLEMENT CONFERENCE

TO ALL PARTIES and their Attorneys of Record:

      PLEASE TAKE NOTICE that this case has been referred for a Settlement Conference before Magistrate Judge Maria-Elena James.  The Settlement Conference shall take place on January 6, 2006, at 10:00 a.m. in Judge James' **chambers**, located at the Federal Building, 450 Golden Gate Avenue, 15th Floor, San Francisco, California 94102.  On the date of the settlement conference, counsel and parties shall use the telephone adjacent to chambers' security entrance to notify the Court of their arrival.  The parties shall notify the Court if the matter has settled or been dismissed before the date of the conference.

      Settlement Conference statements shall be submitted in accordance with Magistrate Judge James' <u>STANDING ORDER RE: SETTLEMENT CONFERENCE PROCEDURES</u>, a copy of which is enclosed herewith.

Counsel are advised that up to two judicial externs may be present during the settlement conference as part of their learning experience. The externs are instructed that all communications during the conference are confidential and that they are not permitted to discuss the conference with anyone outside chambers staff. If any party or counsel would prefer that externs not observe the settlement conference, they shall notify the Court in writing at least seven days prior to the conference.

Please contact the Courtroom Deputy Clerk, Brenda Tolbert, at (415) 522-4708 with any questions.

**IT IS SO ORDERED.**

Dated: December 16, 2005

MARIA-ELENA JAMES
United States Magistrate Judge

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
for the Northern District of California

* * CERTIFICATE OF SERVICE * *

I, the Undersigned, Hereby, Certify That I Am an Employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November , 2003, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Richard W. Wieking, Clerk
By: Brenda Tolbert

3