1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAM MORGAN,

    Plaintiff,

v.

CITY OF PLEASANT HILL et al.,

    Defendant.
_____/

No. C 04-04865 CRB

**ORDER**

The Court is in receipt of the parties' letter dated February 10, 2006. After carefully reviewing the subpoena and the parties' arguments, the Court concludes that defendants' discovery requests are proper. The Court's ruling, however, does not mean that such discovery is admissible; that is an issue to be adjudicated on a motion in limine. In addition, plaintiff's personnel file shall be not be provided to defendants; instead, it shall be submitted *in camera* to the Court for its review. The Court will advise the parties if it concludes that any of the documents in the file are relevant and discoverable.

    **IT IS SO ORDERED.**

Dated: February 13, 2006

                                      CHARLES R. BREYER
                                      UNITED STATES DISTRICT JUDGE