IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM MORGAN, | No. C 04-04865 CRB |
| Plaintiff, | **ORDER** |
| v. | |
| CITY OF PLEASANT HILL et al., | |
| Defendant. | |

The Court has reviewed the plaintiff's personnel file and concludes that only two documents are relevant and discoverable. Both documents are directly related to the incident at issue in this lawsuit. As the documents were in plaintiff's personnel file the Court will not E-file the documents with this Order; instead, the Court will mail the documents to counsel.

The Court is also in receipt of a letter from plaintiff's counsel requesting a continuance of the trial date, primarily because of outstanding discovery sought by defendants. The Court will continue the trial two weeks: the pretrial conference is continued to 2:30 p.m. on April 11, 2006. Jury selection will occur on Thursday, April 20 at 8:30 a.m. and trial will commence on Monday, April 24, 2006. This is more than sufficient time for the parties to complete the discovery that is *necessary* for trial.

**IT IS SO ORDERED.**

_____

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

Dated: March 16, 2006

G:\CRBALL\2004\4865\orderrefile.wpd