MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN  (State Bar No. 189268)
HADDAD & SHERWIN
505 Seventeenth Street
Oakland, California  94612
Telephone: (510) 452-5500
Fax: (510) 452-5510

Attorneys for Plaintiff Sam Morgan

JAMES V. FITZGERALD, III (State Bar No. 55632)
McNAMARA, DODGE, NEY, BEATTY,
SLATTERY, PFALZER & BORGES LLP
1211 Newell Ave.
Post Office Box 5288
Walnut Creek, CA  94596
Telephone: (925) 939-5330
Fax: (925) 939-0203

Attorneys for Defendants Dexheimer,
Sanchez, and City of Pleasant Hill

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM MORGAN, Individually,<br><br>　　　　　Plaintiff,<br>vs.<br><br>CITY OF PLEASANT HILL, a public entity, POLICE OFFICER DREW SANCHEZ, POLICE CORPORAL STEVE DEXHEIMER # 350, and DOES 1 through 10, Jointly and Severally,<br><br>　　　　　Defendants. | No: C-04-04865 CRB<br><br>Hon.  Charles R. Breyer<br><br>**STIPULATION AND (P̶R̶O̶P̶O̶S̶E̶D̶) ORDER RE: SUBPOENA FOR RECORDS CONCERNING DEFENDANT DEXHEIMER FROM THE UNIVERSITY OF CALIFORNIA** |

## STIPULATION

All parties, acting by and through their respective legal counsel, and pursuant to the Court's ruling at the Final Pretrial Conference on April 11, 2006, hereby stipulate that

the University of California, Berkeley, shall immediately produce all records responsive to the pending subpoena for records concerning Defendant Steven Dexheimer. Such records shall be produced to the law firm of Haddad & Sherwin, which will provide defense counsel with copies of all records produced in advance of trial.

Dated: April 12, 2006 /s/_____
Michael J. Haddad
HADDAD & SHERWIN
Counsel for Plaintiff, Sam Morgan

Dated: April 12, 2006 /s/_____
James V. Fitzgerald, III
McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER & BORGES LLP
Counsel for all Defendants

*I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.* Dated: April 12, 2006.

/s/_____
MICHAEL J. HADDAD

**ORDER**

Good cause appearing, the stipulation is so ordered.

SO ORDERED.

Dated: April 13, 2006

_____
Hon. Charles R. Breyer
UNITED STATES DISTRICT JUDGE