IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAM MORGAN,                            No. C-04-4865 CRB

       Plaintiff,                       **ORDER**

v

CITY OF PLEASANT HILL,

       Defendant.

    It is hereby ordered that the jury of eight members in the above matter during their deliberations at the United States Courthouse in San Francisco be furnished with refreshments at the expense of the United States. The deliberations will commence on  April 20, 2006 .

    The jury shall be sequestered commencing April 20, 2006  until conclusion of trial proceedings.

**IT IS SO ORDERED**

Dated: April 27, 2006

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE